JANET LEIGH CAPE
3 MCALLISTER CIR
VICKSBURG, MS 39183

GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY ST STE 3500
FORT WORTH, TX 76102

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MRC/UNITED WHOLESALE M
ATTN: BANKRUPTCY
P.O. BOX 619098
DALLAS, TX 75261

ALLEN BUCHHOLZ
3 MCALLISTER CIR
VICKSBURG, MS 39183

PLUSFINANCE
ATTN: BANKRUPTCY
P.O.BOX 9203
OLD BETHPAGE, NY 11804

AUSTIN CAPE
2250 BLUFF OAKS WAY A
APT 1213
TALLAHASSEE, FL 32311

SOURCE1
PO BOX 71465
PHILADELPHIA, PA 19176

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CITIBANK
P.O.BOX 790046
ST LOUIS, MO 63179

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

US BK CACS
ATTN: BANKRUPTCY
PO BOX 5229
CINCINATTI, OH 45201

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

WELLS FARGO BANK
ATTN: BANKRUPTCY
PO BOX 393
MINNEAPOLIS, MN 55480

ELITE PERFORMANCE
1901 A MISSION 66
VICKSBURG, MS 39180