**PROCEEDING MEMO AND MINUTES OF THE CHAPTER 7 §341(a) MEETING 09/04/2026**

**IN RE:** **CASE NUMBER: 26-02105-JAW**

**CAPE, JANET LEIGH**

APPEARANCES:

(X) DEBTOR 1
- (X) Required picture I.D. produced
- (X) Required SSN verification produced
- (X) Pay advices received

( ) DEBTOR 2 (Wife in Joint Cases)
- ( ) Required picture I.D. produced
- ( ) Required SSN verification produced
- ( ) Pay advices received

Credit counseling certificate (X) filed ( ) not filed.
Tax returns received for 2025 (years) on 08/13/2026 (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE ____________________
(X) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
- ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
- ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF ____________, 20____ AT ________ O'CLOCK __.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) ____________________

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule ____________
( ) OTHER: ____________________

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: ____________

ADDITIONAL: NOTES: ____________________

DATED: 09/04/2026

STEPHEN SMITH, TRUSTEE

Track # 048 or Tape # ________, Side ________ Counter Start# ____________