UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Bankr. Case No. 26-02105-JAW-7

Janet Leigh Cape Chapter 7

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Bankr. Case No. 26-02105-JAW-7

Janet Leigh Cape Chapter 7

Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 23, 2026 :

Thomas Carl Rollins, Jr
PO BOX 13767
Jackson, MS 39236

Stephen Smith
1052 Highland Colony Pkwy
Suite 100
Ridgeland, MS 39157

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx16471 / 1138724