United States Bankruptcy Court
Southern District of Mississippi

In re: Janet Leigh Cape, Debtor

Case No. 26-02105-JAW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: admin | Page 1 of 2
Date Rcvd: Nov 04, 2026 | Form ID: 318 | Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet Leigh Cape, 3 Mcallister Cir, Vicksburg, MS 39183-8107 |
| 5705550 | + | Allen Buchholz, 3 Mcallister Cir, Vicksburg, MS 39183-8107 |
| 5705551 | + | Austin Cape, 2250 Bluff Oaks Way A, Apt 1213, Tallahassee, FL 32311-6171 |
| 5705556 | + | Elite Performance, 1901 A Mission 66, Vicksburg, MS 39180-3711 |
| 5705560 | + | Source1, Po Box 71465, Philadelphia, PA 19176-1465 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Nov 04 2026 19:14:00 | Rocket Mortgage, LLC, ALDRIDGE PITE, LLP, 3333 CAMINO DEL RIO SOUTH, SUITE 225, SAN DIEGO, CA 92108, UNITED STATES 92108-3808 |
| 5733479 | | EDI: PHINAMERI.COM | Nov 05 2026 00:08:00 | AmeriCredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 5710424 | + | EDI: PHINAMERI.COM | Nov 05 2026 00:08:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5721484 | + | EDI: AIS.COM | Nov 05 2026 00:08:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5705552 | + | EDI: CITICORP | Nov 05 2026 00:08:00 | Citibank, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5732453 | | EDI: CITICORP | Nov 05 2026 00:08:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5705554 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2026 19:30:36 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5705555 | + | EDI: DISCOVER | Nov 05 2026 00:08:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5705557 | + | EDI: PHINAMERI.COM | Nov 05 2026 00:08:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 5729693 | + | Email/Text: ecfbnc@aldridgepite.com | Nov 04 2026 19:14:00 | Jordan A. Greer, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5705558 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 04 2026 19:14:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 5705559 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 04 2026 19:30:32 | Plusfinance, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 5705561 | + | EDI: SYNC | Nov 05 2026 00:08:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 5705562 | | Email/Text: bankruptcycourt@towerloan.com | Nov 04 2026 19:14:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5705563 | + | EDI: USBANKARS.COM | Nov 05 2026 00:08:00 | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, Cincinatti, OH 45201-5229 |
| 5705564 | + | EDI: WFFC2 | Nov 05 2026 00:08:00 | Wells Fargo Bank, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 5716238 | | EDI: WFCCSBK | Nov 05 2026 00:08:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 5705553 | *+ | Citibank, P.O.Box 790046, St Louis, MO 63179-0046 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Janet Leigh Cape trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Janet Leigh Cape**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–7487** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–02105–JAW**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Janet Leigh Cape**

Dated: 11/4/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**